# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
Adams, et al. vs Bayer Corporation, et al.

Case Number: 1:05-cv-02547

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Avril Adams, Naresha Aggarival, Brian Ahearn, Robert Allen, Matthew Ambrose, Phillip Anthony, Martin Ashley, Mark Askham, Joseph Ball, Stephen Bartram, Paul Bateman, Martin Beard, Mark Beddow, John Beddow, David Bennett, Craig Berry, Janet Bonner, Jonathan Bonner, Raymond Briscoe, Christine Brown, Kevin Brown, Trevor Brown, Paul Bullen, Michael Burton, Richard Camm, Gary Cannon, Paul Cantwell, Steven Carroll, Stephen Chadwick, Ryan Cheal, Vincent Christensen, Peter Clark, Neil Clayton, David Cloke, Thomas Cole, Michael Colyer, Richard Cooke, Jane Cooper, and Richard Paul Cordingley, Plaintiffs

| | |
|---|---|
| NAME (Type or print)<br>Nicholas Diamand | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Nicholas Diamand | |
| FIRM<br>Lieff, Cabraser, Heimann & Bernstein, LLP | |
| STREET ADDRESS<br>275 Battery Street, 30th Floor | |
| CITY/STATE/ZIP<br>San Francisco, CA 94111 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>415-956-1000 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☑ NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐